# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| **Date:** July 28, 2025 | **Time:** 11 minutes | **Judge:** YVONNE GONZALEZ ROGERS |
|---|---|---|
| **Case No.**: 25-cv-3468-YGR | **Case Name:** Grade v. Half Price Books, Records, Magazines, Incorporated | |

**Attorney for Plaintiff:** Brent Boos; via Zoom
**Attorney for Defendant:** Jessica Shafer; via Zoom

**Deputy Clerk:** Edwin Angelo A. Cuenco        **Court Reporter:** Stephen Franklin; via Zoom

## PROCEEDINGS

Initial Case Management Conference – held via Zoom webinar.

Case is referred to private mediation to be completed by December 19, 2025. Joint Statement is due by August 15, 2025. Compliance Deadline is set for August 22, 2025, at 9:01 a.m. in Oakland, Chambers.

All compliance deadlines are decided on the papers and personal appearances are not necessary. If compliance is complete, the compliance deadline will be vacated. Failure to timely comply with the compliance deadline may result in sanctions or an additional conference being set.

Joint Case Management Conference Statement due by March 9, 2026. Further Case Management Conference is set on March 16, 2026, at 2:00 p.m. via Zoom Webinar.

Pretrial deadlines are set. Written order to issue.