UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD GRADE,<br><br>   Plaintiff,<br><br>v.<br><br>HALF PRICE BOOKS, RECORDS, MAGAZINES, INCORPORATED,<br><br>   Defendant. | Case No. 25-cv-03468-YGR   (LJC)<br><br>**ORDER SETTING PRE-SETTLEMENT CONFERENCE PLANNING CALL**<br><br>Re: Dkt. No. 28 |

The present action has been referred to the undersigned magistrate judge for purposes of conducting a settlement conference. On January 22, 2026 at 9:30 am the parties shall appear for a pre-settlement conference meeting using the undersigned's designated non-public Zoom Audio Conference. The purpose of this meeting is to discuss scheduling the settlement conference and other logistics. In advance of the conference, the parties will receive the call-in information via email or U.S. mail from undersigned's Courtroom Deputy.

The undersigned is aware that the Court recently granted the motion of Brent Boos on behalf of himself and attorneys of King & Siegel LLP to withdraw as counsel. If new counsel has not been retained and appeared in this action on behalf of Plaintiff by the date of the pre-settlement conference meeting, Plaintiff shall appear unrepresented, unless Plaintiff is not permitted to represent himself. *See* ECF No. 28 at 2.

**IT IS SO ORDERED.**

Dated: December 16, 2025

_____
LISA J. CISNEROS
United States Magistrate Judge